AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 143 (JJF)

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



FILED MAR - 9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___3/3/06___  
(Date forms issued)

___[signature]___  
(Signature of Party or their Representative)

___Roy S. Shiels, ESQ___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

**BROWN, SHIELS & O'BRIEN, LLC**
ATTORNEYS AT LAW
P.O. DRAWER F • DOVER, DELAWARE 19903

Peter T. Dalleo, Clerk
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801



stamps.com
MAR 08 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 19901
062S0000611103