IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

1. Admitted, by information and belief.

2. Admitted.

3. The jurisdiction of the Court over such claims is admitted. However, damage suits against State agencies are barred by the Eleventh Amendment. Denied that this plaintiff has been deprived of any rights under Federal or State law, and further denied that the plaintiff has been subjected to any discrimination.

4. Denied as alleged. Admitted only that the plaintiff was hired on October 17, 2002 as a corrections officer and assigned to work at the Delaware Correctional Center [DCC], effective December 17, 2002. On October 21, 2004, the plaintiff was transferred to the Sussex Correctional Center [SCI] per her request.

5. Denied as alleged. Admitted only that plaintiff's job at DCC required her to interact with other correctional officers and with inmates at the institution. The balance of the averment is denied.

6. Denied as alleged. Plaintiff's medical history includes claims of a work-related injury on December 26, 2003, resulting in loss of time from work and light duty restrictions from February 25, 2004 to April 26, 2004 and from August 1, 2004 to August 20, 2004. She also reported being involved in an automobile accident on September 12, 2004. She was placed on medical leave on December 17, 2004, and returned to work in a light duty capacity on April 8, 2005 through October 8, 2005.

7. The defendant is without sufficient information or knowledge to respond.

8. Denied as alleged. Admitted only that, on October 9, 2004 and October 14, 2004, the plaintiff filed incident reports complaining that correctional officers had seen pornographic pictures that the plaintiff and a male correctional officer had taken of themselves in September of 2003. On October 15, 2004, the plaintiff discussed the situation with the Deputy Warden. A computer disk containing the pornographic pictures had been seized by DOC officials on September 8, 2004. An Internal Affairs investigation into the pornography had been commenced on September 22, 2004.

9. Denied as alleged. Circulation and viewing of the pornographic photographs by correctional officers was halted on September 8, 2004 through the seizure of a computer disk by DOC authorities. There is no evidence that the pornographic photographs were viewed at any time by inmates. The plaintiff was initially referred, on October 15, 2004, to the Employee Assistance Program, and allowed to take leave from work. On October 21, 2004, the plaintiff was transferred to SCI at her request. The balance of the averment is denied.

10. Denied.

11. The allegation that DOC staff ridiculed the plaintiff in any fashion or showed a lack of respect for plaintiff in any way is denied. Further denied that plaintiff's embarrassment made performance of her duties more dangerous. The defendant lacks sufficient information or knowledge to respond to the balance of the averment.

12. Denied as alleged. The response set forth in paragraph 9 above is restated, and incorporated herein by reference. Admitted only that the plaintiff was transferred to SCI on October 21, 2004. Plaintiff was assigned to a light duty position with Probation and Parole in Georgetown on May 11, 2005, and reassigned to an available light duty position with Probation and Parole in Dover on June 14, 2005. The balance of the averment is denied.

13. Admitted only that the plaintiff is presently out of work on a medical basis. The document identified as "Exhibit 1" to the Complaint speaks for itself.

14. Denied. By way of further response, the plaintiff has repeatedly been counseled and has been offered employment opportunities consistent with her medical limitations and other needs.

15. Denied as alleged. The document speaks for itself. DOC contests the finding set forth in the document.

16. Denied as alleged. The document speaks for itself. DOC contests the finding set forth in the document. No "Exhibit 3" is attached to the Complaint.

17. The defendant restates and incorporates herein by reference the responses set forth in paragraphs 1 through 16 of this Answer.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. The defendant restates and incorporates herein by reference the responses set forth in paragraphs 1 through 22 of this Answer.

24. Denied.

25. Admitted. However, the document was not attached to the Complaint.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## **Affirmative Defenses**

31. The plaintiff fails to state a claim for relief against the defendant upon which relief may be granted.

32. The defendant is immune to suit under the Eleventh Amendment to the United States Constitution.

WHEREFORE, the defendant prays that the Court dismiss the plaintiff's action in its entirety, with prejudice, with all costs payable by the plaintiff.

/s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated: March 28, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORRINE PADILLA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )     C. A. No. 06-143-JJF |
| | ) |
| **DELAWARE DEPARTMENT** | ) |
| **OF CORRECTION** | ) |
| | ) |
|     **Defendant.** | ) |

### CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 29, 2006, he caused the attached Answer to the Complaint to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Roy S. Shiels, Esquire
    Brown, Shiels & O'Brien
    108 E. Water Street
    Dover, DE 19901

    /s/ Ralph K. Durstein III
    Ralph K. Durstein III, I.D. #912
    Deputy Attorney General
    Department of Justice
    State of Delaware
    820 N. French Street, 6th Floor
    Wilmington, DE  19801
    (302)577-8510