**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORRINE PADILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C. A. No. 06-143-JJF |
| | ) |
| DELAWARE DEPARTMENT | ) |
| OF CORRECTION | ) |
| | ) |
| Defendant. | ) |

RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under

Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

　　1. **Pre-Discovery Disclosures**. The parties will exchange by

June 30, 2006 the information required by Fed. R. Civ. P.

26(a)(1) and D. Del. LR 16.2.

　　2. **Joinder of other Parties**. All motions to join

other parties shall be filed on or before July 15, 2006.

　　3. **Settlement Conference**. Pursuant to 28 U.S.C. §

636, this matter is referred to Magistrate Judge Thynge for the

purposes of exploring the possibility of a settlement. If the

parties agree that they would benefit from a settlement

conference, the parties shall contact Magistrate Judge Thynge to

schedule a settlement conference so as to be completed no later

than the Pretrial Conference or a date ordered by the Court.

　　4. **Discovery**.

　　　　(a) Exchange and completion of interrogatories,

identification of all fact witnesses and document production

shall be commenced so as to be completed by November 15, 2006.

(b) Maximum of 50 interrogatories by each

party to any other party.

(c) Maximum of 50 requests for admission by each party

to any other party.

(d) Maximum of 15 depositions by plaintiff(s)

and 15 by defendant(s). Depositions shall not commence until

the discovery required by Paragraph 4 (a, b and c) are completed.

(e) Reports from retained experts required by Fed.

R. Civ. P. 26(a)(2) are due from the plaintiff(s) by January 11,

2007 ; from the defendant(s) by January 15, 2007.

(f) Any party desiring to depose an expert witness

shall notice and complete said deposition no later than thirty

(30) days from receipt of said expert's report, unless otherwise

agreed in writing by the parties.

5. **Discovery Disputes**.

(a) A party seeking discovery which the opposing

party refuses to provide shall file a motion (no brief) pursuant

to Rule 37 of the Federal Rules of Civil Procedure and Local Rule

37.1. Said motion shall not exceed a total of four (4) pages. An

Answer to the Rule 37 motion, not to exceed four (4) pages, shall

be filed within five (5) days of service of the motion. No reply

is permitted.

(b) All papers shall set forth in a plain and

concise manner the issue(s) in dispute, the party's position on

the issue(s), and the reasons for the party's position.

       (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

       (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

       (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    6. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before <u>February 15, 2007</u> .

    7. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before <u>March 15, 2007</u>. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    8. **Applications by Motion**.

       (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.

221a2a788a43084e

The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

        (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9. **Pretrial Conference and Trial**. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

    The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.


_____        _____

DATE                     UNITED STATES DISTRICT JUDGE


Brown, Shiels & O'Brien, LLC    State of Delaware
                               Department of Justice

s/s Roy S. Shiels            s/s Ralph K. Durstein, III
Roy S. Shiels, Esq., I.D.#346   Ralph K. Durstein, III, I.D.#912
108 E. Water Street         Deputy Attorney General
Dover, DE  19901            Carvel State Building
302-734-4766               820 N. French St., 6th Flr.
                               Wilmington, De  19801

Attorney for Plaintiff      Attorney for Defendant