IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi, as **co-counsel**, on behalf of Defendants Delaware Department of Correction. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE


    /s/ Lisa Barchi
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us

Dated: June 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Roy S. Shiels, Esquire
Brown, Shiels & O'Brien
108 E. Water Street
Dover, DE 19901

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: June 19, 2006