IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |
| | ) | |
| Defendant. | ) | |

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**

Defendant discloses the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, and the Scheduling Order in this matter. These disclosures are based on information reasonably available to the defendant as of this date. Continuing investigation and discovery may alter these disclosures. Defendant DOC reserves the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Defendant DOC does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this claim. Nor does Defendant waive its right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. Defendant's disclosures represent a good faith effort to identify information it reasonably believe is required by Rule 26(a)(1).

Defendant's disclosures are made without waiver of: 1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or other proper ground, 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other

action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

**(1)(A) Individuals likely to have knowledge of discoverable information that may be used to support Defendants' defenses:**

    1)      Plaintiff

    2)      James Scarborough
               Delaware Correctional Center
               1181 Paddock Road
               Smyrna, DE 19977

    3)      Jeffrey Carrothers
               Same as # 2

    4)      Jonathan N. Sines
               Same as #2

    5)      Judith Moore
               Same as #2

    6)      Steve Rogers
               Same as #2

    7)      Richard Bulson
               Same as #2

    8)      Paul Colley
               Same as #2

    9)      Alan Machtinger
               Department of Correction
               245 McKee Road
               Dover, DE 19904

    10)      David Pierce
               Same as # 2

    11)      Rick Kearney

        Sussex Correctional Institution
        P.O. Box 500
        Georgetown. DE 19947

12)    Thomas Carroll
      Same as # 2

13)    Karen Nunn
      Same as # 9

**(1)(B) Documents and tangible things that may be used to support State Defendants' defenses:**

1)    Internal Affairs Investigation report dated October 19, 2004

2)    Incident Report # 1015417, dated September 8, 2004

3)    Memorandum from Deputy Warden Pierce dated October 15, 2004

4)    CD with pictures of Plaintiff and August Volkman

5)    Plaintiff's medical records and Workman's Compensation claim

**(1)(C) Basis for any damages claimed:**

Defendant DOC has not filed a counter-claim for damages at this time. Defendant reserves the right to file a counter-claim against Plaintiff as may be permitted by the Federal Rules of Civil Procedure.

**(1)(D) Insurance agreements in force:**

Not applicable. Defendant further discloses that no such insurance exists.

**(2)(A) Experts and their opinions:**

Defendant has not yet retained any experts, but reserves the right to do so, and will supplement this response as required by Rule 26(a).

                        **STATE OF DELAWARE**
                        **DEPARTMENT OF JUSTICE**

                                                <u>/s/ Lisa Barchi</u>
                                                Lisa Barchi, I.D. # 3927
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                Attorney for Defendant

Date:   June 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed *Initial Disclosures* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    Roy S. Shiels, Esquire
    Brown, Shiels & O'Brien
    108 E. Water Street
    Dover, DE 19901

                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**

                                        /s/ Lisa Barchi
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        lisa.barchi@state.de.us

Date:  June 26, 2006