IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an Individual, | : : : | C.A. No.: 06-143-JJF |
| Plaintiff, | : : | |
| v. | : : | DISCLOSURES PURSUANT TO F.R.C.P. 26(a) |
| DELAWARE DEPARTMENT OF CORRECTION, a State Agency, | : : : | |
| Defendant. | : : | |

Plaintiff discloses the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and pursuant to the Scheduling Order in the above case. These disclosures are based on information reasonably available to plaintiff as of this date. Discovery may alter these disclosures.

(1)(A)  Individuals likely to have knowledge of information that may be used to support Plaintiff's claims

    (1)    C.O. Michael Mitchell
             Delaware Correctional Center
             1181 Paddock Road
             Smyrna, DE  19977

    (2)    August Volkman
             Address Unknown

    (3)    Lt. James Satterfield
             Delaware Correctional Center
             1181 Paddock Road


Smyrna, DE  19977

(4) C.O. Michelle Phelps
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

(5) Sgt. Richard Bulson
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

(6) Fran Franklin
Children and Family First
1019 Mattlund Way
Milford, DE  19973

(7) Sergeant Hastings
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

(8) Alfonzo M. Jones (inmate)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

(9) Paul Robertson (inmate)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

(10) Arturo Laboy (inmate)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

(11) William Smiley (inmate)
Sussex County Correctional Institute
P.O. Box 500
Georgetown, DE  19947

(12) Robert McMichaels (inmate)
Sussex County Correctional Institute
P.O. Box 500
Georgetown, DE  19947

(13) Warren Rick Kearney
Sussex County Correctional Institute
P.O. Box 500
Georgetown, DE 19947

(14) Deputy Warden David Pierce
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

(15) Alan Machtinger
Department of Correction
245 McKee Road
Dover, DE 19904

(16) Janet Durkee
Sussex County Correctional Institute
P.O. Box 500
Georgetown, DE 19947

(17) Various persons – Internal Affairs
Department of Corrections
245 McKee Road
Dover, DE 19904

(18) Thomas H. Ridgely, C.O.
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

(1)(B) <u>Documents and Tangible things that may be used to support Plaintiff's claims</u>

    (1) Various incident reports filed with defendant by plaintiff

    (2) CD with pictures of plaintiff and A. Volkman, in hands of defendant

(1)(C) <u>Basis for any damage claimed</u>

    (1) Cost of past, present and future related treatment from medical professionals

    (2)    mental distress and depression

    (3)    Such other damages as plaintiff may be legally entitled to receive

(1)(D) Insurance Agreements in force

    None known to plaintiff

(2)(A) Experts and their opinions

    Plaintiff has received medical treatment but has not yet retained experts for trial purposes. Plaintiff reserves the right to retain medical and financial experts and will supplement her response as required by Rule 26(a).

    BROWN, SHIELS & O'BRIEN

    BY____/s/ ROY S. SHIELS_____
    P.O. DRAWER F
    108 E. WATER STREET
    DOVER, DELAWARE 19903
    ATTORNEY FOR PLAINTIFF
    302-734-4766   ID# 346

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an Individual, | : | C.A. No.: 06-143-JJF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CERTIFICATE OF SERVICE |
| | : | |
| DELAWARE DEPARTMENT OF CORRECTION, a State Agency, | : | |
| | : | |
| Defendant. | : | |
| | : | |

    I hereby certify that on July 31, 2006, I mailed by U.S. mail Interrogatories Directed to Defendant at the following address:

with the Clerk of the Court using CM/ECF, which will send notification of such filing to

the following:

        Ralph K. Durstein, III, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801


        BROWN, SHIELS & O'BRIEN

        BY____/S/ ROY S. SHIELS_____
        ROY S. SHIELS, ESQUIRE
        P.O. DRAWER F
        108 E. WATER STREET
        DOVER, DELAWARE 19903
        ATTORNEY FOR PLAINTIFF
        302-734-4766   ID# 346

DATED: