IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an Individual, | : : : | C.A. No.: 06-143-JJF |
| Plaintiff, | : : | |
| v. | : : | CERTIFICATE OF SERVICE |
| DELAWARE DEPARTMENT OF CORRECTION, a State Agency, | : : : | |
| Defendant. | : : | |

    I hereby certify that on July 31, 2006, I mailed by U.S. mail Request for Production

Directed to Defendant at the following address:

    Ralph K. Durstein, Esquire
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801


    BROWN, SHIELS & O'BRIEN

    BY____/S/ ROY S. SHIELS_____
        ROY S. SHIELS, ESQUIRE
        P.O. DRAWER F
        108 E. WATER STREET
        DOVER, DELAWARE 19903
        ATTORNEY FOR PLAINTIFF
        302-734-4766   ID# 346

DATED: