IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRINE PADILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>DELAWARE DEPARTMENT OF CORRECTION,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-143-JJF<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **4th** day of **August, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 17, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE