IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRINE PADILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-143-JJF |
| | ) |
| DELAWARE DEPARTMENT OF CORRECTION | ) |
| | ) |
| | ) |

**NOTICE OF SERVICE OF DISCOVERY MATERIAL**

The undersigned certifies that on December 15, 2006 she caused two copies of

*Defendant's Responses to Plaintiff's First Set of Interrogatories and Request for Production* to be delivered to the following person(s) in the form and manner indicated:

VIA HAND DELIVERY

NAME AND ADDRESS OF RECIPIENT(S):

Roy S. Shiels, Esquire
108 E. Water Street
Dover, DE 19901

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /s/Lisa Barchi
                                                  Lisa Barchi, I.D. # 3927
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th floor
                                                  Wilmington, DE19801
                                                  Attorney for State Defendants