


**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

NEW CASTLE COUNTY
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

KENT COUNTY
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

SUSSEX COUNTY
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:
New Castle County

January 16, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Corrine Padilla v. Department of Correction*
C.A. No. 06-143-JJF

Dear Judge Farnan:

Because much discovery remains to be completed in this case, the parties have agreed, subject to the order of the Court, to extend the pretrial schedule. I enclose for Your Honor's consideration the Stipulated Order Amending Scheduling Order to which counsel have agreed.

Respectfully submitted,

/s/ Lisa Barchi

Lisa Barchi
Deputy Attorney General

Enclosure

Xc: Roy S. Shiels, via PACER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER AMENDING SCHEDULING ORDER**

Whereas the parties agree that additional discovery must be completed in this case. The parties herby stipulate, subject to the order of this Court, to the following deadlines:

Closure of fact discovery:  March 30, 2007.

Expert reports on which a party has the burden of proof:  March 30, 2007.

Expert reports on which a party does not have the burden of proof:  April 30, 2007.

Dispositive motions:  May 31, 2007.

The parties agree that all other deadlines in the Rule 16 Scheduling Order dated June 13, 2006 will remain the same.

| | |
|---|---|
| /s/Roy S. Shiels | /s/Lisa Barchi |
| Roy S. Shiels, Esquire  (#346) | Lisa Barchi, Esquire  (#3927) |
| Brown, Shiels and O'Brien, LLC | Deputy Attorney General |
| 108 E. Water Street | 820 N. French Street, 6th Floor |
| Dover, DE 19901 | Wilmington, DE 19801 |

SO ORDERED, this _____day of _____, 2007.

_____
U.S. District Court Judge