IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRINE PADILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-143-JJF |
| | ) |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATED ORDER AMENDING SCHEDULING ORDER</u>**

Whereas the parties agree that additional discovery must be completed in this case. The parties herby stipulate, subject to the order of this Court, to the following deadlines:

Closure of fact discovery:  March 30, 2007.

Expert reports on which a party has the burden of proof:  March 30, 2007.

Expert reports on which a party does not have the burden of proof:  April 30, 2007.

Dispositive motions:  May 31, 2007.

The parties agree that all other deadlines in the Rule 16 Scheduling Order dated June 13, 2006 will remain the same.

/s/Roy S. Shiels
Roy S. Shiels, Esquire  (#346)
Brown, Shiels and O'Brien, LLC
108 E. Water Street
Dover, DE 19901

/s/Lisa Barchi
Lisa Barchi, Esquire  (#3927)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

SO ORDERED, this _____ day of _____, 2007.

_____
U.S. District Court Judge