IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an Individual, | : : : | C.A. No.: 06-143-JJF |
| Plaintiff, | : : | |
| v. | : : | CERTIFICATE OF SERVICE |
| DELAWARE DEPARTMENT OF CORRECTION, a State Agency, | : : : | |
| Defendant. | : : | |

    I hereby certify that on January 29, 2007, I mailed by U.S. mail Second Request for Production Directed to Defendant at the following address:

        Lisa Barchi, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801

        BROWN, SHIELS & O'BRIEN

        BY____/S/ ROY S. SHIELS_____
            ROY S. SHIELS, ESQUIRE
            P.O. DRAWER F
            108 E. WATER STREET
            DOVER, DELAWARE 19903
            ATTORNEY FOR PLAINTIFF
            302-734-4766   ID# 346

DATED:  1/29/07