IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |

## NOTICE/CERTIFICATE OF SERVICE

I, Lisa Barchi, Esquire, hereby certify that on this 1st day of February, 2007, two copies of the foregoing *First Set of Interrogatories Directed to Plaintiff* and this *Notice Of Service* were caused to be served upon the following in the manner indicated:

**Via: U.S. Mail to**

Roy S. Shiels, Esquire
Brown, Shiels & O'Brien, LLC
108 E. Water Street
Dover, DE 19901

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: February 1, 2007