IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) ) | |

**NOTICE/CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**

The undersigned certifies that on March 5, 2007 she caused two copies of

*Defendant's Answers to Plaintiff's Second Set of Requests for Production of Documents*

to be delivered to the following person(s) in the form and manner indicated:

**VIA FIRST CLASS MAIL**

NAME AND ADDRESS OF RECIPIENT(S):

Roy S. Shiels, Esquire
108 E. Water Street
Dover, DE 19901

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /s/Lisa Barchi
                                              Lisa Barchi, I.D. # 3927
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N. French Street, 6th floor
                                              Wilmington, DE19801
                                              Attorney for State Defendant