IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORRINE PADILLA, an        :
Individual,               :    C.A. No.: 06-143-JJF
                         :
         Plaintiff,    :
                         :
v.                    :    NOTICE OF DEPOSITION
                         :    DUCES TECUM
DELAWARE DEPARTMENT OF   :
CORRECTION, a State Agency,  :
                         :
         Defendant.   :
                         :

TO:  Ralph K. Durstein, III, Esquire
     Delaware Department of Justice
     Carvel State Office Bldg.
     820 North French Street
     Wilmington, DE 19801

      PLEASE TAKE NOTICE that Roy S. Shiels, Esquire, attorney for Plaintiff will take the

oral depositions of the below named on **March 15, 2007** at the offices of Brown, Shiels &

O'Brien, 108 E. Water Street, Dover, Delaware at the time indicated by each name.

| | |
|---|---|
| C. O. PAUL COLLEY | 10:00 a.m. |
| SGT. BRANDON RICHARDSON | 11:00 a.m. |
| SGT. RICHARD BULSON | 2:00 p.m. |
| JACK SINES (IA) | 3:00 p.m. |
| STEVE ROGERS (IA) | 4:00 p.m. |

BROWN, SHIELS & O'BRIEN

BY_____/s/Roy S. Shiels_____
        ROY S. SHIELS, ESQUIRE
        P.O. DRAWER F
        108 E. WATER STREET
        DOVER, DELAWARE 19903
        ATTORNEY FOR
DATED:  3/6/07      302-734-4766  ID# 346

DUCES TECUM:  Please bring all documents pertinent to the above matter.