IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an Individual, | : : : | C.A. No.: 06-143-JJF |
| Plaintiff, | : : | |
| v. | : : | CERTIFICATE OF SERVICE |
| DELAWARE DEPARTMENT OF CORRECTION, a State Agency, | : : : | |
| Defendant. | : : | |

    I hereby certify that on March 6, 2007, I mailed by electronic filing Notice of Deposition in the above captioned matter to:

> Ralph K. Durstein, III, Esquire
> Deputy Attorney General
> Carvel State Office Bldg.
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

> BROWN, SHIELS & O'BRIEN
>
> BY____/S/ ROY S. SHIELS_____
>     ROY S. SHIELS, ESQUIRE
>     P.O. DRAWER F
>     108 E. WATER STREET
>     DOVER, DELAWARE 19903
>     ATTORNEY FOR PLAINTIFF
>     302-734-4766   ID# 346

DATED: 3/6/07