IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-143-JJF |
| | ) | |
| DELAWARE DEPARTMENT | ) | |
| OF CORRECTION | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER AMENDING SCHEDULING ORDER**

Whereas the parties agree that additional discovery, including depositions, must be completed in this case. The parties herby stipulate, subject to the order of this Court, to the following deadlines:

Closure of fact discovery:  May 31, 2007.

Expert reports on which a party has the burden of proof:  May 31, 2007.

Expert reports on which a party does not have the burden of proof:  June 30, 2007.

Dispositive motions:  July 31, 2007.

The parties agree that all other deadlines in the Rule 16 Scheduling Order dated June 13, 2006 will remain the same.

| | |
|---|---|
| /s/Roy S. Shiels | /s/Lisa Barchi |
| Roy S. Shiels, Esquire  (#346) | Lisa Barchi, Esquire  (#3927) |
| Brown, Shiels and O'Brien, LLC | Deputy Attorney General |
| 108 E. Water Street | 820 N. French Street, 6th Floor |
| Dover, DE 19901 | Wilmington, DE 19801 |

SO ORDERED, this _____day of _____, 2007.

_____

U.S. District Court Judge