IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORRINE PADILLA, an<br>Individual, | : <br> : <br> : | C.A. No.: 06-143-JJF |
| Plaintiff, | : <br> : | |
| v. | : <br> : | NOTICE OF DEPOSITION<br>DUCES TECUM |
| DELAWARE DEPARTMENT OF<br>CORRECTION, a State Agency, | : <br> : <br> : | |
| Defendant. | : <br> : | |

TO: Ralph K. Durstein, III, Esquire
    Delaware Department of Justice
    Carvel State Office Bldg.
    820 North French Street
    Wilmington, DE 19801

    PLEASE TAKE NOTICE that Roy S. Shiels, Esquire, attorney for Plaintiff will take the oral depositions of the below named on May 1**, 2007** at the offices of Brown, Shiels & O'Brien, 108 E. Water Street, Dover, Delaware at the time indicated by each name.

        Warden Thomas Carroll        10:00 a.m.
        Lt. James Satterfield          11:00 a.m.

        BROWN, SHIELS & O'BRIEN

        BY_____/s/Roy S. Shiels_____
        ROY S. SHIELS, ESQUIRE
        P.O. DRAWER F
        108 E. WATER STREET
        DOVER, DELAWARE 19903
        ATTORNEY FOR
DATED: 4/26/07        302-734-4766  ID# 346

DUCES TECUM:  Please bring all documents and/or communications pertaining to the
                        Plaintiff.